Dear Janis Graham Jack;
[SENIOR JUDGE]

i [a] woman: Vane write to you, Janis, my fellow woman; to have haste answer to the following;

i belief, you, Janis; wish to mark your answer to the following;

- What case does Janis Graham Jack [SENIOR JUDGE] wish to dismiss;.
  Case: Claim ____; case: Complain ____;

- are you, Janis Graham Jack [SENIOR JUDGE] in the capacity to dismiss another, man; or woman; Claim? yes ____; no ____;

upon refuse to answer; i wish of you [a] woman: Janis to have in mind this which i seek of you, are of great matter; and will [in the near future] cause harm, loss, damage, injury unto [we] man property;

thank you Godspeed

Send answer at:

Vane; Eli;
Postal office box ~~18237~~ 18237
CORPUS CHRISTI TEXAS [78480]


Eli
i [a] man


Vane
i [a] woman

fourteen december two thousand sixteen
COPY

i wish not bear burden unto you Janis.
i have stamp envelope address to i, and
Eli; for you Janis to enclose your answer.
Thank you,

restoration of written
intercourse upon
answer,

Thank you
God bless,



Vane; Eli; [woman]
Postal office box 18237
Corpus Christi Texas [78480]



Vane Eli [Lee] man,
Postal office box 18837
Corpus Christi Texas 78480

Janis Graham Jack
Senior Judge
1133 north shoreline Boulevard
Corpus Christi Texas 78401