2:16 cv 374

Dear Janis Graham Jack, [SENIOR JUDGE]

Greetings,

  i [a] woman: Vane write to you, my fellow woman: Janis; upon this day twenty seven of december two thousand sixteen, to have answer to the following,

are you, Janis Graham Jack, the woman who Presides as SENIOR JUDGE [a] Mandate reporter?
    yes ____ . nay ____ ;

upon woman, man utter in living voice [viva voce] robbery of property, and said woman, man require and wish the immediate restoration of property
  does the mandate reporter, have Duty and obligation to report said robbery, and order the immediate restoration of property **restore** woman and man who claim property?

    yes ____ . nay ____ .

i belief you, Janis wish to heed upon this matter and have answer before woman; man; postehaste by seven day;
   Thank you
    Goddess.

Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 3 0 2016

David J. Bradley, Clerk of Court



x Vane
i [a] woman

Vane [woman]
Postal office Box 18234
Corpus Christi Texas [78480]

7016 2070 0000 1975 0937

CERTIFIED MAIL

7016 2070 0000 1975 0937

U.S. POSTAGE PAID
CORPUS CHRISTI, TX
78416
DEC 28 16
AMOUNT
$3.77
R2305E125869-12

78401

Janis Graham Jack [Private]
1133 North Shoreline Room 208
Corpus Christi Texas [78401]

RECEIVED

78401+2042